# COMPLAINT

(for filer who are prisoners without lawyers)



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Nathan Joseph Halfmann

     v.

(Full name of defendant(s)
22-CV-651

Chad Niles

Jeremy Birdeaux

Case Number
22-CV-651

### A.    PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at Fox Lake Correctional Institution
   P.O. Box 200 Fox Lake, WI 53933.

2. Defendant Chad Niles is a citizen of Wisconsin and worked for the Waukesha County
   Sheriff's Department.

3. Defendant Jeremy Birdeaux is a citizen of Wisconsin and worked for the Waukesha
   County Sheriff's Department.

(If you need to list more defendants, use another piece of paper)

1

B.  STATEMENT OF CLAIM

1.  This is a civil rights complaint filed by Nathan Halfmann for damages, declaratory, punitive, compensatory and injunctive relief brought pursuant to 42 U.S.C. Section 1983 alleging the Defendant's use of excessive force, deliberate indifference, and disregard to the equal protections of the law clause which violated the Plaintiffs 4th and 14th amendment rights under the United States Constitution and Wisconsin State law.

2.  The Defendants are and were at all times mentioned in this complaint officers with the Waukesha County Sheriff's Department.

3.  The Defendants are sued in their individual capacities, and were at all times relevant to this complaint acting under the color of law.

4.  On June 4th 2019 the Plaintiff was a passenger in a vehicle involved in a police pursuit in Waukesha County.  The incident which is the subject of this complaint occurred on highway 67 on the overpass of Interstate highway 94 in the city of Oconomowoc, County of Waukesha.

5.  At approximately 10 P.M. the Plaintiff exited the vehicle and was shot by the defendants in the chest at close range with high powered assault style rifles.

6.  After initially being shot in the chest by the Defendants the Plaintiff dropped his weapon, complying with the Defendants orders to do so, and turned to move away

2

B.  STATEMENT OF CLAIM

1.  This is a civil rights complaint filed by Nathan Halfmann for damages, declaratory, punitive, compensatory and injunctive relief brought pursuant to 42 U.S.C. Section 1983 alleging the Defendant's use of excessive force, deliberate indifference, and disregard to the equal protections of the law clause which violated the Plaintiffs 4th and 14th amendment rights under the United States Constitution and Wisconsin State law.

2.  The Defendants are and were at all times mentioned in this complaint officers with the Waukesha County Sheriff's Department.

3.  The Defendants are sued in their individual capacities, and were at all times relevant to this complaint acting under the color of law.

4.  On June 4th 2019 the Plaintiff was a passenger in a vehicle involved in a police pursuit in Waukesha County.  The incident which is the subject of this complaint occurred on highway 67 on the overpass of Interstate highway 94 in the city of Oconomowoc, County of Waukesha.

5.  At approximately 10 P.M. the Plaintiff exited the vehicle and was shot by the defendants in the chest at close range with high powered assault style rifles.

6.  After initially being shot in the chest by the Defendants the Plaintiff dropped his weapon, complying with the Defendants orders to do so, and turned to move away

2

from the Defendants. At which point the Defendants proceeded to fire an additional 8-10 rounds at the Plaintiff while he was unarmed and facing away. Striking the Plaintiff an additional 3 times in the arm and leg.

7. As a result of the additional rounds that were fired while the Plaintiff was unarmed, the Plaintiff sustained multiple, substantially life altering injuries. Breaking all the bones in his right arm and the Femur bone in his right leg.

8. These injuries required multiple surgeries to repair the Plaintiff's arm and leg, and resulted in the loss of the use of the Plaintiff's right hand and leaving him with partial mobility in his right leg. Also resulting in multiple pieces of metal plates, rods, and screws having to be used to repair the Plaintiff's arm, leg, knee, and shoulder.

9. As a result of the excessive force used by the Defendants asserted in paragraphs 5-6 the Plaintiff suffered extreme pain and suffering, the loss of earning capacity as he will no longer be able to continue in his 22 year career as a carpenter, post-traumatic stress, and substantial medical expenses, both past and possibly in the future.

10. It should be noted that of the 8-10 rounds fired only 3 were fired while the Plaintiff was armed and facing the Defendants.

11. The Plaintiff alleges that the Defendants were deliberately indifferent to the Plaintiffs health and safety by using excessive force. Violating his 4th and 14th amendment rights by unnecessarily, wantonly, and maliciously shooting him an

3

additional 3 times while he was unarmed and facing away, for the purpose of causing him great bodily harm.

## C.    JURISDICTION

The Plaintiff is suing for a violation of federal law under 28 U.S.C. §1331.

## D.  RELIEF WANTED

The Plaintiff requests judgment in the amount of $10,000,000 plus the costs and disbursement of this action.

## E.  JURY DEMAND

The Plaintiff hereby requests that this case be heard by a jury.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _21_ day of _April_ 2023.

Respectfully Submitted,

481985

Nathan Halfmann #481985 Fox Lake Correctional Institution

P.O. Box 200 Fox Lake, WI 53933